UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SAMUEL H. SLOAN,

                    Plaintiff,

-against-

ROBERT CONROY, et al.,

                    Defendants.
-----------------------------------------------------------------------X

JUDGMENT
04-CV- 2946 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 4 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on May 4, 2006, dismissing the action, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Fed. R. Civ. P.; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the action is dismissed, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Fed. R. Civ. P.

Dated: Brooklyn, New York
       May 04, 2006

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court